**Order entered June 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00665-CV

**TEXAS HEALTH PRESBYTERIAN HOSPITAL DALLAS, Appellant**

**V.**

**DENA BURCH, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06083-D**

## ORDER

We **GRANT** court reporter Coral L. Hough's June 9, 2014 request for extension of time

to file record and **ORDER** the reporter's record be filed no later than June 19, 2014.


/s/     ELIZABETH LANG-MIERS
         JUSTICE